IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| HARALD MCPIKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZERO-GRAVITY HOLDINGS, INC. f/k/a<br>SPACE ADVENTURES, LTD., THOMAS<br>SHELLEY and ERIC ANDERSON,<br><br>　　　　Defendants. | Case No. 1:17cv562-TSE/JFA |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Harald McPike and Defendant Zero-Gravity Holdings, Inc., formerly known as Space Adventures, Ltd., through undersigned counsel, stipulate and agree that the above-captioned action, including all claims and defenses asserted therein, is hereby dismissed with prejudice.

Each party will bear its own costs, expenses, and attorneys' fees, and waives all rights of appeal regarding any claims in the above-captioned action.

**STIPULATED AND AGREED:**

/s/ Thomas A. Clare
Thomas A. Clare (Va. Bar No. 39299)
Megan L. Meier (Va. Bar No. 88720)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
tom@clarelocke.com
megan@clarelocke.com

Bruce G. Paulsen (*pro hac vice*)
Mark D. Kotwick (*pro hac vice*)
Jeffrey M. Dine (*pro hac vice*)
SEWARD & KISSEL LLP
1 Battery Park Plaza
New York, NY 10004
(212) 574-1200
paulsen@sewkis.com
kotwick@sewkis.com
dine@sewkis.com

*Counsel for Plaintiff Harald McPike*

/s/ Edward J. Bennett
Edward J. Bennett (Va. Bar No. 40118)
R. Kennon Poteat III (Va. Bar No. 73324)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000
kpoteat@wc.com
ebennett@wc.com

/s/ Kevin Quilty
Deborah K. Baum (*pro hac vice*)
Kevin Quilty (Va. Bar No. 89501)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
(202) 663-8000
deborah.baum@pillsburylaw.com
kevin.quilty@pillsburylaw.com

*Counsel for Defendant Zero-Gravity Holdings, Inc. f/k/a Space Adventures, Ltd.*

Dated: April 15, 2019

**SO ORDERED:**

/s/
T. S. Ellis, III
**United States District Judge**

Dated: 4/18/, 2019